No. 90–1579. IMMUNO, AG v. MOOR-JANKOWSKI. Ct. App. N. Y. Certiorari denied.

No. 90–1586. DOBARD v. SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 90–1589. CHAWLA v. MCCAUSLAND, DIRECTOR, DEFENSE LOGISTICS AGENCY. C. A. 6th Cir. Certiorari denied.

No. 90–1592. MILWAUKEE COUNTY PAVERS ASSN., INC., ET AL. v. FIEDLER, INDIVIDUALLY AND AS SECRETARY OF THE WISCONSIN DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–1614. PRITCHARD ET AL. v. LOUDON COUNTY, TENNESSEE, EX REL. LAWRENCE, BUILDING COMMISSIONER. Ct. App. Tenn. Certiorari denied.

No. 90–1645. TATE, WARDEN v. BELL. C. A. 6th Cir. Certiorari denied.

No. 90–1648. GEORGIOU v. GAUTHIER. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–1698. RODOLITZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–1706. BLANKENSHIP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5615. FORTE v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 90–6212. PRINE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6501. BARFIELD v. LAMAR. C. A. 11th Cir. Certiorari denied.